# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

NIKOLAOS MAMALIS

**CRIMINAL COMPLAINT**

CASE NUMBER: 09 - 4063 SKG

I, JULIE PITOCCHELLI, Special Agent with the Federal Bureau of Investigation, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

From on or about July through November 2009, in the District of Maryland and elsewhere, the defendant did knowingly and willfully combine, conspire, confederate, and agree with others to obstruct, affect and delay commerce and the movement of an article and commodity in commerce by robbery, in violation of 18 U.S.C. § 1951(a).

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

**PLEASE SEE THE ATTACHED AFFIDAVIT**

_____
JULIE PITOCCHELLI, Task Force Officer
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence

November 9
~~December~~ ___, 2009, at Baltimore, Maryland

_____
Honorable Susan K. Gauvey
United States Magistrate Judge

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Task Force Officer Julie Pitocchelli, Baltimore Federal Bureau of Investigation (FBI), have knowledge of the facts set forth below from my review of reports from, and discussions with, other law enforcement personnel.

I make this affidavit in support of a criminal complaint charging the Defendants, Daniel M. Chase ("Chase"), Nikolaos Mamalis ("Mamalis") and Antwone Bell ("Bell") with conspiracy to commit robbery in violation of the Hobbs Act, in violation of 18 U.S.C. § 1951.

I have not included all of the information known to law enforcement in this Affidavit, but rather only that information relevant to whether there is probable cause to believe that the Defendants are members of a conspiracy to commit robberies in violation of the Hobbs Act. However, I do not believe that I have omitted any information that would tend to defeat a showing of probable cause.

## FACTS ESTABLISHING PROBABLE CAUSE

### Background and Crimes

Investigators with the Baltimore Police Department, Baltimore County Police Department and Federal Bureau of Investigation have been investigating a series of armed business and home invasions that have occurred during July through November 2009.

### July 29, 2009 Precision Vending Robbery

On July 29, 2009, Baltimore Police responded to a call to check on the well-being of a citizen at Precision Vending, a vending business located on 1001 S. Lakewood Avenue, Baltimore City, Maryland. Officers found the owner of the business, CF, zip-tied and duct taped to a chair. When asked if he had been robbed, the victim nodded his head, but was unable to speak. CF died on August 11, 2009. Autopsy reports indicate that he died of head injuries associated with assault.

Investigation at the business revealed the following:

- Employees report that paper currency from the count room appeared to have been taken.

- Canvass bags expected to contain the days's business collections appeared to have been rummaged through and there was coin, but no paper currency.

- Receipts inside the bag indicated that there should have been paper currency in the bags.

- Investigators estimates are that that $10,000 was missing from the bags.

In summary, investigators determined that the business had been the target of a robbery.

Further investigation revealed at on the night of the robbery, an employee of one of CF's other business received a call from a person who stated, "your boss is in his office and he is not doing so good." That employee contacted the victim's brother, who alerted the police, who in turn responded to Precision Vending. Call records to that business indicate that the robbery took place between 5:11 pm and 6:13 pm.

Phone records identified an AT&T track phone (a prepaid wireless phone with no reliable subscriber information) as having made the anonymous call to CF's other business. Records for the phone revealed numerous calls to a second prepaid phone number. That phone, in turn, was purchased from a Wal-Mart store on July 20, 2009 at 2:19 pm. Surveillance footage from Wal-Mart associated with that purchase reveal two males, including an older white male, making the purchase. Analysis of the two prepaid phones, in turn, led to the identification of cellular phones subscribed to by Daniel Chase and Jane Mamalis, the wife of defendant Mamalis, as having been in contact with the prepaid phones.

### Business of Precision Vending

Precision Vending is a business that engages in and affects interstate commerce. It provides goods and services, including vending machine services, for customers whose vending machines are used to dispense consumer products that are shipped into Maryland from out of state.

### September 2, 2009 Home Invasion

On September 2, 2009, Baltimore County Police investigated an armed home invasion robbery of a private residence in Pikesville, Maryland. Victim LP reported to the police that he invited two men into his home, believing them to be inspectors with the police. LP and his wife sat down to talk with the visitors (one of them was an older white male). One of the men opened a briefcase and removed a gun, and pointed that gun at LP and his wife. The suspected ordered LP and his wife to the floor. A second subject entered the home. The suspects ordered LP to open his safe. LP's wife then walked the second suspect into the victim's bedroom, opened a safe in the room, and provided the suspects with money and with jewelry. At one point, one of the suspects stated to LP, "I know all about you" (or words to that effect) and also stated that he knew about LP's drug deals and the $400,000 he was hiding from the IRS. LP told the suspects he had no additional money except for what was in his wallet. The suspects then tied LP and his wife up with duct tape. The suspects took $244,000 in cash and jewelry from the home.

The victims reported that the perpetrators carried gloves, masking tape and rope in the briefcase.

One eyewitness reported seeing the suspect's vehicle outside the house. The vehicle was gold, had Pennsylvania tags and might have had the word "Kia" written on it. The witness stated

2

that the car might have been a rental.[1]

### September 29, 2009 Home Invasion

On September 29, 2009 at approximately 4:41 pm, Baltimore County police investigated a reported home invasion in Cockeysville, Maryland. Victim MM reported that his home was broken into by two armed suspects. One of the suspects was an older white male who identified himself as a Baltimore County State's Attorney investigator. Once inside the residence, the male produced a semi-automatic handgun from a briefcase and pointed it at MM. The white male then handcuffed MM to a kitchen chair.

A second black suspect then entered the home. The robbers demanded to know the location of the victim's safe. The victim stated he had no safe but had a cash in a drawer in his kitchen. The white male opened the drawer and took approximately $10,000. The male then rummaged through the upstairs of the house. After continued searching, one of the robbers found a safe in the basement. MM was taken downstairs and made to give the combination (the robbers threatened to cut his finger off if he did not). MM reported that the robbers took approximately $50,000 from the safe.

The victim reported that he operatred Sparrow's Point Inn restaurant and was accosted shortly after returning from the restaurant and a quick trip to Sam's Club. The victim did not believe he was followed home.

MM stated that the older white male had personal information about his family (including the name of family members and a previously deceased family member) and that the robber said he knew that the victim went to Atlantic City to gamble.

### Connection to Defendant Mamalis

Investigation into the three robberies discussed above revealed that defendant Nikoloas Mamalis had business relationships with the victims of all three robberies. Specifically:

- A concerned citizen advised Baltimore County police that he had heard Mamalis complain about CF (the Precision Vending victim) not lending Mamalis money. Mamalis also told this citizen that Mamalis and CF had been partners in a previous business venture. That same concerned citizen identified the older white male in the aforementioned Wal-Mart surveillance video (associated with the prepaid phone purchase) as Mamalis.

---

[1] After the identification of Chase as a suspect, investigators began running that name through rental companies. Enterprise Rental reported that Daniel Chase had rented a gold Kia Rio on August 3, 2009. On October 1, 2009, Chase returned the car to the rental company and told a rental company employee, "it might have been used in a crime."

3

- An employee of one of CF's business also recognized Mamalis as having visited CF at his place of business in the past.

- LP, the victim of the September 2 home invasion, reported that about 12 years ago, he provided front money for his son-in-law to start a business Mamalis was also involved in helping set the business up. The business was a pizza restaurant or pizza delivery service that resulted in a loss.

- MM, the victim of the September 29 home invasion, had stated that he knows Mamalis. Mamalis has been to the victim's restaurant to eat. Mamalis previously had sold a mixing machine to the restaurant and had complained of financial difficulties with his own business. Mamalis had also asked questions about the victim's home neighborhood (indicating that he wanted to move there).

Investigators concluded that Mamalis' connection with all three victims suggested the possibility that he was involved in the crimes.

### Cellular Phone Records

Following identification of Mamalis and Chase as possible suspects, state authorities obtained records for cellular phone activity and cellular tower activity for phones used by those defendants. The phones are as follows:

> 443-939-4099, a cellular phone subscribed to in the name of Jane Mamalis (the wife of defendant Mamalis); and

> 609-975-2232, a cellular phone subscribed to in the name of Daniel Chase.

Cell records show that during the three robberies reported above, Chase and Mamalis were engaged in communication with each other at the time of the robbery. Cell tower information shows that both phones were active in cell towers close to three robbery scenes, at the time of the robberies.

### Arrests on November 9, 2009

Beginning on Friday, November 6, 2009, state authorities began monitoring cellular phones calls of Chase and Mamalis pursuant to wiretap authorizations issued by the Circuit Court for Baltimore City. During those interceptions, investigators overheard Mamalis and Chase engaging in conversations indicating that they intended to commit a robbery invasion of a location in Atlantic City, New Jersey. Specifically, Mamalis and Chase have discussed:

- Going into people's houses;

4

- Watching people's houses;

- How much money people have and what their net worth might be;

- During November 8 and 9, discussion about a new location in Atlantic City, New Jersey. Chase mentioned during one call that he did a drive by of the location, and it looked good. On November 8, Chase said he would do another drive by tomorrow morning (i.e. November 9). On November 9, Chase told Mamalis during a phone call that he had driven by, they were all home, it looked good, and Chase was going to meet with Mamalis.

On November 8, 2009, state and federal investigators began surveilling the activities and movements of Mamalis and Chase.

At 6:00 pm on November 8, 2009, agents surveilled Mamalis and a then-unidentified black male leave from Baltimore County, Maryland and drive to Trump Plaza in Atlantic city. Agents continued their surveillance of Mamalis and the then-unidentified male at that location over night (agents do not know at what point Mamalis met with the black male). Agents surveilled Chase at his residence in Brownsville, New Jersey

On the morning of November 9, 2009, Chase and Mamalis began moving. Investigators observed Mamalis's car (a black 2005 Mercedes) at the Trump Plaza. Investigators observed Chase arrive later and park his car (a rented white Kia Rio) next to Mamalis's. Chase then went into a café and met with Mamalis and a black male (then unidentified). The three sat and talked.

After a brief period, at approximately 9:00 am, state and federal authorities arrested the three men as they departed the café and were returning to their cars. Chase was arrested as he opening the door to his rented Kia. The black male was standing next to Chase (apparently waiting to enter the driver side rear seat). Mamalis was arrested with the key to his car (the Mercedes) in hand and was approaching the Mercedes.

The previously unidentified subject had no identification, but identified himself to authorities as Antwone Bell.

Investigators conducted a search of Chase's Kia. Inside the trunk of the Kia officers located a brief case. Investigators advised Chase of his *Miranda* rights and Chase provided the combination to the lock to the brief case. Investigators then opened the brief case and located the following items:

- Mace

- Rope

- Rubber gloves

5

- Three sets of handcuffs

- Three empty money bags

- A knife

- Tape (possibly duct tape)

- A document purporting to be a an identification for "John Peters" of the "Officer of the Attorney General, Major Crimes Division," state of New Jersey, but bearing a photo of Chase.

- A loaded .38 caliber revolver

**Statement by Antwone Bell**

After being advised of his *Miranda* rights, Bell waived those rights to agreed to make statements. He admitted to being a member of a robbery crew and admitted to committing the previous robberies described herein.

**Summary**

Based on the foregoing, investigators have concluded that the three defendants met in Atlantic City to commit an armed robbery. The investigation to date indicates that Mamalis, who knows the victims from the previous crimes personally and whose cell phone places him near the crimes scenes, helps plan the robberies; Chase, who is an older white male with features similar to the older white male perpetrator of the crimes, impersonates law enforcement officers as a ruse to enter people's homes; and Bell, who is a black male, assists Chase inside the target locations.

### Conclusion

Accordingly, there is probable cause to believe that the defendants have engaged in a conspiracy to commit robberies in violation of the Hobbs Act, in violation of 18 U.S.C. § 1951 in the District of Maryland and elsewhere during July through November 2009.

_____
JULIE PITOCCHELLI, Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me
This ___9___ th day of December 2009 at Baltimore, Maryland

_____
Honorable Susan K. Gauvey
United States Magistrate Judge
District of Maryland

7